No. 21874.

Julius A. Tracy, Jr., and James A. Leach *v.* Flatiron Paving Company of Boulder, a Colorado corporation.
(429 P.2d 285)

Decided June 26, 1967.

Tracy and Thorvilson, Russell K. Osgood, for plaintiffs in error.

Hutchinson, Black and Hill, for defendant in error.

*In Department.*

Per Curiam.

The record and the briefs on file herein have been read and oral argument has been heard.

No reversible error appears, and no purpose would be served by an extended opinion.

The judgment is affirmed.

Mr. Chief Justice Moore, Mr. Justice Sutton and Mr. Justice Kelley concur.